UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO AVALOS,<br><br>                       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICAN and<br>FOUR UNKNOWN NAMED FEDERAL<br>AGENTS,<br><br>                      Defendants. | Civil No.   06-CV-1813 LAB (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT**<br>**DISPOSITION CONFERENCE** |

On June 7, 2007, the Court held a Mandatory Settlement Conference. The case settled. As of the date of this order, the parties have not filed a dismissal. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **August 27, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry A. Burns, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

---

[1] *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

- 1 -                      06cv1813

      on or before August 27, 2007, then a Settlement Disposition Conference shall be held on **August 28, 2007**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

      3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or before August 27, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: July 31, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge