UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO AVALOS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, FOUR UNKNOWN NAMED FEDERAL AGENTS and ("DOES") 1 through 10,<br><br>        Defendants. | Case No. 06cv1813-LAB (CAB)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Larry A. Burns |

Pursuant to the Joint Motion to Dismiss Action with Prejudice filed by the parties to the above-referenced case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

DATED: August 19, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge